IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| AARON VERDINES | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-170 |
| JOHN FOX, WARDEN | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Aaron Verdines, an inmate confined at FCC Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.[1]  The Magistrate Judge recommends petitioner's application to proceed *in forma pauperis* be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  Petitioner has thirty (30) days to pay the requisite $5.00 filing fee or this case will be subject to dismissal pursuant to Federal Rule

---

[1]This action was originally referred to the Honorable Earl S. Hines on April 11, 2011.  On August 8, 2011, this case was reassigned to the Honorable Zack Hawthorn, United States Magistrate Judge.

of Civil Procedure 41(b) for want of prosecution.

So **ORDERED** and **SIGNED** this **30** day of **September, 2011.**

_____

Ron Clark, United States District Judge